DEERHURST ESTATES, PLAINTIFF-PETITIONER, v. MEADOW HOMES INC., DEFENDANT-RESPONDENT.

*Messrs. Rubenstein and Glick* and *Mr. Seymour Margulies* for the petitioner.

*Messrs. Kristeller, Zucker, Lowenstein and Cohen* for the respondent.

March 25, 1963. Denied.

IN THE MATTER OF THE ESTATE OF GRETCHEN W. AHNERT AND ANNA WAGENBRENNER AND ELIZABETH ENGEL, PLAINTIFFS-PETITIONERS, v. IRENE HEYRICK, DEFENDANT-CROSS-PETITIONER AND JOHN T. KEEFE, RESPONDENT.

*Mr. Victor R. King* for the petitioners.

*Messrs. Waxman and Waxman* for the cross-petitioner.

*Mr. John T. Keefe, pro se* for the respondent.

March 25, 1963. Denied.